Opinion filed November 29,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00333-CV

                                                    __________

 

                                         
IN RE ROBERT OCHOA

 



 

                                         Original
Mandamus Proceeding



 

                                            M
E M O R A N D U M    O P I N I O N

            Robert
Ochoa is the relator in this original proceeding.  He has filed a motion to
withdraw his petition for writ of mandamus.  In the motion, relator states that
the trial court has withdrawn the order that is the subject of this original
proceeding.  Accordingly, the matter is now moot.  Therefore, in accordance
with relator’s request, the motion to withdraw the petition for writ of
mandamus is granted.

            The
petition for writ of mandamus is withdrawn, and this proceeding is dismissed.  

 

                                                                                                PER
CURIAM

 

November 29, 2012

Panel consists of: Wright, C.J.,

McCall, J., and Hill.[1]









[1]John G. Hill, Former Chief Justice, Court of Appeals,
2nd District of Texas at Fort Worth, sitting by assignment.